JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ARZATE, | Case No. CV 16-07228-DOC (DTB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: January 23, 2017

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE